

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

April 27, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: May 20, 2021

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Street, Room 2101
New York, New York 10007

   Re: **Consent Motion for Consolidation of Related Cases**
     **Savino Del Bene U.S.A., Inc. v. Mediterranean Shipping Company, S.A. et al.**
     **Case No. 1:21-cv-1524-JPO**
     **Related Case Caption: Curava Corp. v. Savino Del Bene U.S.A., Inc. et al.**
     **Related Case No. 1:21-cv-01457-PGG**

Dear Judge Oetken,

  We represent Plaintiff, Savino Del Bene U.S.A., Inc. (hereinafter "Plaintiff" and/or "SDB"), in the above-referenced case. Pursuant to Your Honor's Individual Practices ¶ I(A) and Federal Rule of Civil Procedure 42(a), this letter-motion is submitted jointly along with counsel for Defendant, Curava Corporation ("Curava"). Further, counsel for Plaintiff (Curava) and Defendant in the Related Case (1:21-cv-01457-PGG) consent to the relief requested herein.

  Pursuant to Federal Rule of Civil Procedure 42(a), counsel for Plaintiff and Defendant respectfully request to consolidate the instant matter with the Related Case pending before the Southern District of New York and captioned *Curava Corp. v. Savino Del Bene U.S.A., Inc. et al,* Case No.: 1:21-cv-01457-PGG. The subject actions both arise from alleged damages concerning the international ocean movement of goods from from China to the United States during or around January 2020. (See [D.E. 1] at ¶ 12 and Related Case [D.E. 1] at ¶ 11). Further, the complaints in these actions relate to the same underlying events and assert the same or substantially the same claims, including the Carriage of Goods by Sea Act ("COGSA").

  Based on the foregoing, counsel for SDB and Curava respectfully submit that a consolidation of the actions with serve the interests of judicial economy.

The Honorable J. Paul Oetken<br>
United States District Judge<br>
April 27, 2021<br>
Page 2

    Should Your Honor have any questions regarding the foregoing, please do not hesitate to contact our office. Thank you for your consideration in this matter.

                                            Respectfully submitted,

                                            SPECTOR RUBIN, P.A.

                                            *Andrew Spector*

                                            Andrew R. Spector

cc:      All Counsel of Record (via *ECF*)