UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURAVA CORPORATION,

                Plaintiff,

- against -

MSC MEDITERRANEAN SHIPPING COMPANY S.A., SAVINO DEL BENE SPA, SAVINO DEL BENE (SHANGHAI) CO. LTD., and SAVINO DEL BENE U.S.A. INC.,

                Defendants.

**ORDER**

21 Civ. 1457 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, the parties will (1) engage in settlement discussions over the next thirty days; (2) exchange initial disclosures; and (3) submit a joint letter by June 19, 2021 advising this Court as to whether settlement negotiations have been successful.

Dated: New York, New York
       May 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge