UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURAVA CORPORATION,

           Plaintiff,

- against -

MSC MEDITERRANEAN SHIPPING COMPANY S.A., SAVINO DEL BENE SPA, SAVINO DEL BENE (SHANGHAI) CO. LTD., and SAVINO DEL BENE U.S.A. INC.,

           Defendants.

**ORDER**

21 Civ. 1457 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference scheduled for September 1, 2022, is adjourned to **October 13, 2022**, in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         August 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge