UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURAVA CORPORATION,

               Plaintiff,

- against -

MSC MEDITERRANEAN SHIPPING COMPANY S.A., SAVINO DEL BENE SPA, SAVINO DEL BENE (SHANGHAI) CO. LTD., and SAVINO DEL BENE U.S.A. INC.,

               Defendants.

**ORDER**

21 Civ. 1457 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, this matter is stayed for thirty days while the parties engage in settlement discussions. By **October 27, 2022**, the parties will submit a joint letter addressing whether they wish to proceed with a second settlement conference before Magistrate Judge Aaron or with a private mediation.

Dated: New York, New York
          October 20, 2022

                                              SO ORDERED.

                                              Paul G. Gardephe
                                              United States District Judge